■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL TERRY, Appellant. [718 NYS2d 217] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 16, 1999 (*People v Terry,* 264 AD2d 449), affirming a judgment of the Supreme Court, Kings County, rendered June 23, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Sullivan and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL THOMPSON, Appellant. [718 NYS2d 198] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered May 5, 1999, convicting him of unauthorized use of a vehicle in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.